No. 300. SCHMIDT, PETITIONER, *v.* FOOTE, DISTRICT JUDGE, RESPONDENT.—Certiorari. Mayagüez. July 2, 1920. *Denied.*

---

No. 1533. PEOPLE, APPELLEE, *v.* AYBAR, APPELLANT. — Slander. San Juan. July 2, 1920. *Reversed.*

---

No. 1547. PEOPLE, APPELLEE, *v.* RENTAS, APPELLANT.—
No. 1548. PEOPLE, APPELLEE; *v.* RODRÍGUEZ, APPELLANT.—
No. 1549. PEOPLE, APPELLEE, *v.* GARCÍA, APPELLANT. —
Adulteration of milk. Ponce. July 2, 1920. *Affirmed.*

---

No. 1480. PEOPLE, APPELLEE, *v.* ROSALY, APPELLANT.—Violation of Internal Revenue Law. Ponce. July 6, 1920. *Reconsideration denied.*

---

No. 1531. PEOPLE, APPELLEE, *v.* TILLERO, APPELLANT.— Larceny. Mayagüez. July 6, 1920. *Reconsideration denied.*

---

No. 1552. PEOPLE, APPELLEE, *v.* TORRES, APPELLANT.—Violation of Internal Revenue Law. Ponce. July 6, 1920. *Affirmed.*

---

No. 1551. PEOPLE, APPELLEE, *v.* QUIRINDONGO, APPELLANT. —Adulteration of milk. Ponce. July 6, 1920. *Affirmed.*

---

No. 2280. RUBIO & SONS, APPELLEES, *v.* VÉLEZ ET AL., APPELLANTS.—Debt. Aguadilla. July 8, 1920. *Withdrawn.*

---

No. 2111. BRUNO, APPELLANT, *v.* SANTIAGO, APPELLEE.— Ejectment. Guayama. July 9, 1920. *Withdrawn.*